United States District Court
Southern District of Texas
**ENTERED**
June 12, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Jay Steinfeld and Barbara Winthrop, | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | Civil Action No. H-25-4989 |
| | § | |
| American Zurich Insurance Company, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF ADOPTION

Having reviewed the Magistrate Judge Dena Hanovice Palermo's Report and Recommendation (docket no. 11) dated May 26, 2026, and no party having filed objections thereto, the Court is of the opinion that the Report and Recommendation should be adopted by this Court.

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation (docket no. 11) is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Plaintiffs, Jay Steinfeld aned Barbara Winthrop's Motion to Remand (docket no. 5) is **GRANTED** and this action is **REMANDED** to the 295th Judicial District Court of Harris County, Texas.

The Clerk will promptly provide a copy of this Order of Remand to the District Clerk of Harris County, Texas.

**SIGNED** at Houston, Texas, on this the 11th day of June, 2026.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE